CT Corporation

**Service of Process Transmittal**
06/25/2019
CT Log Number 535747908

**TO:** CAROLYN BORGMEYER
APRIA HEALTHCARE, LLC
26220 Enterprise Ct
Lake Forest, CA 92630-8405

**RE:** Process Served in Illinois

**FOR:** Apria Healthcare LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KURT HORVATH, PLTF. vs. APRIA HEALTHCARE, LLC, ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2019L006857 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | National Registered Agents, Inc., Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/25/2019 at 14:29 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this Summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | JASON J. FRIEDL<br>LAW OFFICE OF DANIEL E GOODMAN, L.L.C.<br>10400 WEST HIGGINS ROAD, SUITE 500<br>ROSEMONT,, IL 60018<br>847-292-6000 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780130778929<br><br>Image SOP<br><br>Email Notification,  BIRGITT GOTTSCHALK  BIRGITT.GOTTSCHALK@APRIA.COM<br><br>Email Notification,  CAROLYN BORGMEYER  CAROLYN_BORGMEYER@APRIA.COM<br><br>Email Notification,  DEBORAH LIEN  Deborah.Lien@apria.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | National Registered Agents, Inc.<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of  1 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**EXHIBIT A**

| | | | |
|---|---|---|---|
| Hearing Date: No hearing scheduled | | | |
| Courtroom Number: No hearing scheduled | | | FILED |
| Location: No hearing scheduled | | | 6/20/2019 3:34 PM |
| 2120 - Served | 2121 - Served | | DOROTHY BROWN |
| 2220 - Not Served | 2221 - Not Served | | CIRCUIT CLERK |
| 2320 - Served By Mail | 2321 - Served By Mail | | COOK COUNTY, IL |
| 2420 - Served By Publication | 2421 - Served By Publication | | 2019L006857 |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( | 5494669 |

FILED DATE: 6/20/2019 3:34 PM  2019L006857

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)

KURT HORVATH

v.

APRIA HEALTHCARE, LLC et al

No. 2019L006857

Apria Healthcare, LLC
208 S. LaSalle Street #814
Chicago, IL 60604

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

6/20/2019 3:34 PM DOROTHY BROWN

Atty. No.: 46715

WITNESS, _____

Name: LAW OFFICE OF DANIEL E GOODMAN, LLC

Atty. for: PLAINTIFF

Address: 10400 W HIGGINS ROAD, SUITE 500

City/State/Zip: ROSEMONT, IL 60068

Telephone: (847) 292 6000

Clerk of Court

Date of service: _____,_____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**EXHIBIT A**



EXHIBIT A

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

KURT HORVATH

v.
APRIA HEALTHCARE, LLC et al

No. _____

Apria Healthcare, Inc.
200 W. Adams Street
Chicago, IL  60606

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL  60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL  60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL  60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL  60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL  60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 46715

Name: LAW OFFICE OF DANIEL E GOODMAN, LLC

Atty. for: PLAINTIFF

Address: 10400 W HIGGINS ROAD, SUITE 500

City/State/Zip: ROSEMONT, IL 60068

Telephone: (847) 292 6000

Service by Facsimile Transmission will be accepted at: _____
(Area Code)   (Facsimile Telephone Number)

WITNESS, _____, _____

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT A



DOC. TYPE: LAW
CASE NUMBER: 2019L006857
DEFENDANT
APRIA HEALTHCARE LLC
208 S LASALLE ST
CHICAGO, IL 60604
814

DIE DATE
07/13/2019

SERVICE INF
RM 801

ATTACHED

**EXHIBIT A**

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

JJF/mcl

STATE OF ILLINOIS )
                   ) SS
COUNTY OF C O O K)

FILED
6/20/2019 3:34 PM
Atty No: 46715
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006857

5494669

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT * LAW DIVISION

KURT HORVATH,                 )
        Plaintiff,           )
                              )
vs.                          )   CASE NO: 2019L006857
                              )
APRIA HEALTHCARE, LLC,    )
APRIA HEALTHCARE GROUP, INC.,  )
and APRIA HEALTHCARE, INC.,    )
                              )
        Defendants.      )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, KURT HORVATH, by and though his attorneys, THE LAW OFFICE OF DANIEL E GOODMAN, L.L.C., who complains of the Defendants, APRIA HEALTHCARE, LLC, APRIA HEALTHCARE GROUP, INC., and APRIA HEALTHCARE, INC., as follows:

### Count I
### Kurt Horvath vs. Apria Healthcare, LLC – Negligence

1. That on September 20, 2016, Plaintiff, KURT HORVATH, was a resident at 110 Janet Avenue in the Village of Streamwood, County of Cook and State of Illinois.

2. That on September 20, 2016, and for some time prior thereto, employees of Defendant, APRIA HEALTHCARE, LLC, delivered cylindrical oxygen tanks to Plaintiff's residence.

3. At the time and place aforesaid the Plaintiff, KURT HORVATH, was struck by a heavy, large cylindrical oxygen tank placed in his residence and leaned up against a wall in an

**EXHIBIT A**

4. At the time and place aforesaid, the Defendant, APRIA HEALTHCARE, LLC, through its employees and agents, had a duty to exercise ordinary care in the ownership, control, management, maintenance and placement of the oxygen tanks so that Plaintiff would not be injured.

5. That at the time and place aforesaid, the Defendant, APRIA HEALTHCARE, LLC, individually and through its employees and agents breached the aforesaid duty when the Defendant carelessly and negligently did the following acts and/or omissions:

a. Carelessly and negligently failed to make adequate and proper inspection of the oxygen tanks to determine the dangerous condition thereof;

b. Carelessly and negligently failed to have adequate procedures in place for securing the oxygen tanks;

c. Carelessly and negligently failed to adequately train its employees in the proper method of securing the oxygen tanks;

d. Carelessly and negligently failed to warn Plaintiff of the hazardous and dangerous condition of the unsecured oxygen tanks although Defendant knew or should have known that said failure was likely to result in injury to Plaintiff;

e. Carelessly and negligently failed to provide tank brackets to secure the oxygen tanks in an upright position although Defendant knew or should have known that said failure was likely to result in injury to Plaintiff;

f. Otherwise negligently managed, maintained, operated and controlled said oxygen tanks.

7. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, APRIA HEALTHCARE, LLC, the Plaintiff, KURT HORVATH, was severely injured both internally and externally, and suffered, and will in the future suffer, great pains, discomfort and physical impairment, and he has been kept and will be kept from attending to his ordinary affairs and duties, and the Plaintiff has become liable for large sums of money for medical and hospital care and attention.

WHEREFORE the Plaintiff, KURT HORVATH, prays for a judgment against the Defendant,

Page 2 of 6

EXHIBIT A

APRIA HEALTHCARE, LLC, in a sum greater than Fifty Thousand Dollars ($50,000.00), as will fairly and adequately compensate him for his injuries and damages together with his costs in bringing this suit.

### Count II
### Kurt Horvath vs. Apria Healthcare Group, Inc. – Negligence

1. That on September 20, 2016, Plaintiff, KURT HORVATH, was a resident at 110 Janet Avenue in the Village of Streamwood, County of Cook and State of Illinois.

2. That on September 20, 2016, and for some time prior thereto, employees of Defendant, APRIA HEALTHCARE GROUP, INC., delivered cylindrical oxygen tanks to Plaintiff's residence.

3. At the time and place aforesaid the Plaintiff, KURT HORVATH, was struck by a heavy, large cylindrical oxygen tank placed in his residence and leaned up against a wall in an unsecured manner by an employee of the Defendant, APRIA HEALTHCARE GROUP, INC.

4. At the time and place aforesaid, the Defendant, APRIA HEALTHCARE GROUP, INC., through its employees and agents, had a duty to exercise ordinary care in the ownership, control, management, maintenance and placement of the oxygen tanks so that Plaintiff would not be injured.

5. That at the time and place aforesaid, the Defendant, APRIA HEALTHCARE GROUP, INC., individually and through its employees and agents breached the aforesaid duty when the Defendant carelessly and negligently did the following acts and/or omissions:

   a. Carelessly and negligently failed to make adequate and proper inspection of the oxygen tanks to determine the dangerous condition thereof;

   b. Carelessly and negligently failed to have adequate procedures in place for securing the oxygen tanks;

   c. Carelessly and negligently failed to adequately train its employees in the proper method of securing the oxygen tanks;

FILED DATE: 6/20/2019 3:34 PM    2019L006857

EXHIBIT A

    d. Carelessly and negligently failed to warn Plaintiff of the hazardous and dangerous condition of the unsecured oxygen tanks although Defendant knew or should have known that said failure was likely to result in injury to Plaintiff;

    e. Carelessly and negligently failed to provide tank brackets to secure the oxygen tanks in an upright position although Defendant knew or should have known that said failure was likely to result in injury to Plaintiff;

    f. Otherwise negligently managed, maintained, operated and controlled said oxygen tanks.

7. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, APRIA HEALTHCARE GROUP, INC., the Plaintiff, KURT HORVATH, was severely injured both internally and externally, and suffered, and will in the future suffer, great pains, discomfort and physical impairment, and he has been kept and will be kept from attending to his ordinary affairs and duties, and the Plaintiff has become liable for large sums of money for medical and hospital care and attention.

WHEREFORE the Plaintiff, KURT HORVATH, prays for a judgment against the Defendant, APRIA HEALTHCARE GROUP, INC., in a sum greater than Fifty Thousand Dollars ($50,000.00), as will fairly and adequately compensate him for his injuries and damages together with his costs in bringing this suit.

### Count III
### Kurt Horvath vs. Apria Healthcare, Inc. – Negligence

1. That on September 20, 2016, Plaintiff, KURT HORVATH, was a resident at 110 Janet Avenue in the Village of Streamwood, County of Cook and State of Illinois.

2. That on September 20, 2016, and for some time prior thereto, employees of Defendant, APRIA HEALTHCARE, INC., delivered cylindrical oxygen tanks to Plaintiff's residence.

3. At the time and place aforesaid the Plaintiff, KURT HORVATH, was struck by a

EXHIBIT A

heavy, large cylindrical oxygen tank placed in his residence and leaned up against a wall in an unsecured manner by an employee of the Defendant, APRIA HEALTHCARE, INC.

4. At the time and place aforesaid, the Defendant, APRIA HEALTHCARE, INC., through its employees and agents, had a duty to exercise ordinary care in the ownership, control, management, maintenance and placement of the oxygen tanks so that Plaintiff would not be injured.

5. That at the time and place aforesaid, the Defendant, APRIA HEALTHCARE, INC., individually and through its employees and agents breached the aforesaid duty when the Defendant carelessly and negligently did the following acts and/or omissions:

   a. Carelessly and negligently failed to make adequate and proper inspection of the oxygen tanks to determine the dangerous condition thereof;

   b. Carelessly and negligently failed to have adequate procedures in place for securing the oxygen tanks;

   c. Carelessly and negligently failed to adequately train its employees in the proper method of securing the oxygen tanks;

   d. Carelessly and negligently failed to warn Plaintiff of the hazardous and dangerous condition of the unsecured oxygen tanks although Defendant knew or should have known that said failure was likely to result in injury to Plaintiff;

   e. Carelessly and negligently failed to provide tank brackets to secure the oxygen tanks in an upright position although Defendant knew or should have known that said failure was likely to result in injury to Plaintiff;

   f. Otherwise negligently managed, maintained, operated and controlled said oxygen tanks.

7. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, APRIA HEALTHCARE, INC., the Plaintiff, KURT HORVATH, was severely injured both internally and externally, and suffered, and will in the future suffer, great pains, discomfort and physical impairment, and he has been kept and will be kept from attending to his ordinary affairs and duties, and the Plaintiff has become liable for large sums of money for medical

FILED DATE: 6/20/2019 3:34 PM   2019L006857

**EXHIBIT A**

and hospital care and attention.

WHEREFORE the Plaintiff, KURT HORVATH, prays for a judgment against the Defendant, APRIA HEALTHCARE, INC., in a sum greater than Fifty Thousand Dollars ($50,000.00), as will fairly and adequately compensate him for his injuries and damages together with his costs in bringing this suit.

JASON J. FRIEDL
ONE OF ATTORNEYS FOR PLAINTIFF

ATTORNEY NO. 46715
JASON J. FRIEDL
LAW OFFICE OF DANIEL E GOODMAN, L.L.C.
10400 WEST HIGGINS ROAD, SUITE 500
ROSEMONT, IL 60018
847-292-6000
Jason@danielgoodmanlaw.com

EXHIBIT A